# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of California

Case Number: 07-03252

Plaintiff:
**Edward Abram, Jr., et al., individually, on behalf of all others similarly situated, etc.**

vs.

Defendant:
**American Home Mortgage Investment Corporation, et al.**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **American Home Mortgage, Inc., C/O Corporation Service Company, 80 State St., Albany, NY 12207.**

I, J.R. O'Rourke, being duly sworn, depose and say that on the **22nd day of June, 2007** at **1:55 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Case, Complaint, Civil Cover Sheet, Application for Admission of Attorney Pro Hac Vice, Proposed Order Granting Application for Pro Hac Vice, Order Settling Initial Case Management Conference and ADR Deadlines and Standing Order, ECF Registration Information Handout, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, U.S.D.C. San Francisco Filing Process Guidelines and ADR Dispute Resolution Procedures** to Nikki Chapple as Service Of Process Celrk of Corporation Service Company as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: 5'10", Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 25th day of June, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

Our Job Serial Number: 2007002455
Ref: 4036-225893

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t