Counsel Listed on Next Page

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL, and ROSALYN CEASAR, individually and on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE INVESTMENT CORP., AMERICAN HOME MORTGAGE CORP., and DEFENDANT DOES 1-50,<br><br>Defendants. | Case No. C07-03252<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS AMERICAN HOME MORTGAGE INVESTMENT CORP. AND AMERICAN HOME MORTGAGE CORP. TO RESPOND TO PLAINTIFFS' COMPLAINT** |

| | |
|---|---|
| 1 | |
| 2 | NICHOLS KASTER & ANDERSON, LLP<br>Bryan J. Schwartz, CA State Bar No. 209903<br>One Embarcadero Center, Suite 720<br>San Francisco, CA 94111<br>Telephone: 415-277-7235<br>Facsimile: 415-277-7238 |
| 5 | NICHOLS KASTER & ANDERSON, PLLP<br>Matthew C. Helland, MN State Bar No. 346214<br>(admitted *pro hac vice*)<br>Paul J. Lukas, MN State Bar No. 22084X<br>(pro hac vice application forthcoming)<br>Donald H. Nichols, MN State Bar No. 78918<br>(pro hac vice application forthcoming)<br>80 South Eighth Street, Suite 4600<br>Minneapolis, MN 55402<br>Telephone: 612-256-3200 |
| 10 | OUTTEN & GOLDEN, LLP<br>Adam T. Klein, NY Bar No. AK 3293<br>(admitted *pro hac vice*)<br>Jack A. Raisner, NY Bar No. JR 6171<br>(admitted *pro hac vice*)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: 212-245-1000 |
| 14 | Attorneys for Individual and Representative Plaintiffs<br>EDWARD ABRAM, JR., NAJLA WAHEED,<br>RICHARD ZEMEL, and ROSALYN CEASAR |
| 17 | JACKSON LEWIS LLP<br>Scott O. Oborne, CA State Bar No. 191257<br>121 SW Salmon Street, 11th Floor<br>Portland OR 97204<br>Telephone: 503-229-0404<br>Facsimile: 503-229-0405 |
| 21 | Attorneys for Defendants<br>AMERICAN HOME MORTGAGE INVESTMENT CORP. and<br>AMERICAN HOME MORTGAGE CORP. |

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  Plaintiffs EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL and
2  ROSALYN CEASAR, individually and on behalf of all other similarly situated individuals
3  ("Plaintiffs") and Defendants AMERICAN HOME MORTGAGE INVESTMENT CORP. and
4  AMERICAN HOME MORTGAGE CORP. (Defendants collectively referred to herein as
5  "AHM") (Plaintiffs and Defendants collectively referred to herein as "the Parties") hereby
6  stipulate to the following extension of time for AHM for respond to Plaintiffs' Complaint for
7  Damages, Restitution and Injunctive Relief ("Complaint"):

8  1.  Plaintiffs filed this action in the United State District Court, Northern District of
9      California on June 20, 2007. Plaintiffs served AHM with a copy of the Complaint on
10     June 22, 2007. The last day for AHM to respond to Plaintiffs' Complaint is July 12,
11     2007.

12 2.  Pursuant to Local Rule 6-1(a), the Parties hereby stipulate that AHM will have an
13     extension of time to respond to Plaintiffs' Complaint until August 13, 2007. Local Rule
14     6-1(a) provides that "[p]arties may stipulate in writing, without a Court order, to extend
15     the time within which to answer or otherwise respond to the complaint . . . provided the
16     change will not alter the date of any event or any deadline already fixed by the Court."
17     Civ. L.R. 6-1(a). This stipulation will not affect the dates, if any, set by the Court in this
18     matter.

19 3.  To the extent permitted by law, the Parties further hereby stipulate that as to individual
20     class members who "opt in" to this litigation pursuant to 29 U.S.C. § 216(b), if any, the
21     applicable effective date of any such "opt in" (i.e., the claim being commenced for
22     purposes of 29 U.S.C. § 256) shall be thirty-two (32) days preceding the time written
23     consent to become an opt-in plaintiff is filed with the Court. This modification is in
24     allowance for the stipulated extension of time set forth in paragraph 2 above. However,
25     in no case shall any consent to join this litigation be deemed to have been filed with the
26     Court prior to the date of filing of the Complaint.

27 IT IS SO STIPULATED.
28

1  DATED: July 12, 2007            NICHOLS KASTER & ANDERSON, LLP

2                                   By: _____
3                                       Bryan J. Schwartz
                                        Attorneys for Individual and
4                                       Representative Plaintiffs

5  DATED: July 12, 2007            JACKSON LEWIS LLP

6
                                    By: _____
7                                       Scott O. Oborne
                                        Attorneys for Defendants
8

4

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

*CERTIFICATE OF SERVICE*

**CASE:** EDWARD ABRAM, JR., et al v. AMERICAN HOME MORTGAGE INV., et al.
**CASE NO.:** USDC-ND CA  C07-03252
**CLIENT:** 113125

I, Jeffrey B. Meade, declare that I am employed with the law firm of Jackson, Lewis, LLP, whose address is 121 SW Salmon Street, 11th Floor, Portland OR 97204; I am over the age of eighteen (18) years and am not a party to this action.

On July 12, 2007, I served the attached STIPULATION TO EXTEND TIME FOR DEFENDANTS AMERICAN HOME MORTGAGE INVESTMENT CORP. AND AMERICAN HOME MORTGAGE CORP. TO RESPOND TO PLAINTIFFS' COMPLAINT in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Bryan J. Schwartz
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111

Adam T. Klein
Jack A. Raisner
OUTTEN & GOLDEN, LLP
3 Park Avenue, 29 Floor
New York, New York 10016

Matthew C. Helland
Paul J. Lukas
Donald H. Nichols
NICHOLS KASTER & ANDERSON, PLLP
80 South Eighth Street, Suite 4600
Minneapolis, MN 55402

[ XX ] BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Portland Oregon.

[ ]  BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 12, 2007, at Portland, Oregon.

_____
Jeffrey B. Meade

PROOF OF SERVICE
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT