1  NICHOLS KASTER & ANDERSON, LLP
   Bryan J. Schwartz, CA State Bar No. 209903
2  One Embarcadero Center, Suite 720
   San Francisco, CA 94111
3  Telephone: 415-277-7235
   Facsimile: 415-277-7238
4
   NICHOLS KASTER & ANDERSON, PLLP
5  Matthew C. Helland, MN State Bar No. 346214
   (admitted *pro hac vice*)
6  Paul J. Lukas, MN State Bar No. 22084X
   (pro hac vice application forthcoming)
7  Donald H. Nichols, MN State Bar No. 78918
   (pro hac vice application forthcoming)
8  80 South Eighth Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: 612-256-3200

10 OUTTEN & GOLDEN, LLP
   Adam T. Klein, NY Bar No. AK 3293
11 (admitted *pro hac vice*)
   Jack A. Raisner, NY Bar No. JR 6171
12 (admitted *pro hac vice*)
   3 Park Avenue, 29th Floor
13 New York, New York 10016
   Telephone: 212-245-1000
14
   Attorneys for Individual and Representative Plaintiffs
15
                    IN THE UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA

17 EDWARD ABRAM, JR., NAJLA
   WAHEED, RICHARD ZEMEL, and              Case No.: 07-3252 (JMM)
18 ROSALYN CEASAR, individually, on
   behalf of all others similarly situated, and
19 on behalf of the general public,
                                            **NOTICE OF CONSENT FILING**
20            Plaintiffs,

21      vs.

22 AMERICAN HOME MORTGAGE             **Complaint Filed:**
   INVESTMENT CORP., AMERICAN
23 HOME MORTGAGE CORP., and           June 20, 2007
   DEFENDANT DOES
24 1-50,

25            Defendants.

26

27

28

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Jim Willis

Dated: July 18, 2007

          s/ Bryan J. Schwartz
**NICHOLS KASTER & ANDERSON, LLP**

Bryan J. Schwartz, CA State Bar No. 209903
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

NICHOLS KASTER & ANDERSON, PLLP
Matthew C. Helland, MN State Bar No. 346214
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(pro hac vice application forthcoming)
Donald H. Nichols, MN State Bar No. 78918
(pro hac vice application forthcoming)
80 South 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: 612-256-3200

OUTTEN & GOLDEN, LLP
Adam T. Klein, NY Bar No. AK 3293
(admitted *pro hac vice*)
Jack A. Raisner, NY Bar No. JR 6171
(admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

Attorneys for Individual and Representative Plaintiffs

REDACTED

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.


Signature

Jim Willis
Print Name

REDACTED

Fax, Mail or Email to:

Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
Web: www.overtimecases.com

**CERTIFICATE OF SERVICE**
Abram et al v. American Home Mortgage Investment Corp et al
**Case No. 07-3252 MJJ**

I hereby certify that on July 18, 2007, I caused the following document(s):

**NOTICE OF CONSENT FILING**

to be served via U.S. Mail postage pre-paid to the following:

Scott O. Obourne
Jackson & Lewis
121 SW Salmon Street, 11th Floor
Portland, OR 97204
obornes@jacksonlewis.com

Dated: July 18, 2007            **NICHOLS KASTER & ANDERSON, PLLP**

                                s/ Bryan J. Schwartz

                                Bryan J. Schwartz State Bar No. 209903
                                **NICHOLS KASTER & ANDERSON, LLP**
                                One Embarcadero Center
                                Suite 720
                                San Francisco, CA 94111

                                ATTORNEYS FOR PLAINTIFFS AND
                                THE PUTATIVE CLASS

NOTICE OF CONSENT FILING