1  NICHOLS KASTER & ANDERSON, LLP
   Bryan J. Schwartz, CA State Bar No. 209903
2  One Embarcadero Center, Suite 720
   San Francisco, CA  94111
3  Telephone: 415-277-7235
   Facsimile: 415-277-7238

4  NICHOLS KASTER & ANDERSON, PLLP
   Matthew C. Helland, MN State Bar No. 346214
5  (admitted *pro hac vice*)
   Paul J. Lukas, MN State Bar No. 22084X
6  (pro hac vice application forthcoming)
   Donald H. Nichols, MN State Bar No. 78918
7  (pro hac vice application forthcoming)
   80 South Eighth Street, Suite 4600
8  Minneapolis, MN 55402
   Telephone: 612-256-3200
9
   OUTTEN & GOLDEN, LLP
10 Adam T. Klein, NY Bar No. AK 3293
   (admitted *pro hac vice*)
11 Jack A. Raisner, NY Bar No. JR 6171
   (admitted *pro hac vice*)
12 3 Park Avenue, 29th Floor
   New York, New York 10016
13 Telephone:  212-245-1000

14 Attorneys for Individual and Representative Plaintiffs

15              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
16

17 EDWARD ABRAM, JR., NAJLA
   WAHEED, RICHARD ZEMEL, and              Case No.: 07-3252 (JMM)
18 ROSALYN CEASAR, individually, on
   behalf of all others similarly situated, and
19 on behalf of the general public,

20                           Plaintiffs,       NOTICE OF CONSENT FILING

21      vs.

22 AMERICAN HOME MORTGAGE              Complaint Filed:
   INVESTMENT CORP., AMERICAN
23 HOME MORTGAGE CORP., and           June 20, 2007
   DEFENDANT DOES
24 1-50,

25                           Defendants.

26

27

28

1        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2   attached Consent Form(s) for the following person(s):

3
    Beasley-Brown      Tara
4   Colgan             Robert
    Simon              Keith
5   Vera               Desmond

6   Dated: July 31, 2007                          s/ Bryan J. Schwartz
                                         **NICHOLS KASTER & ANDERSON, LLP**
7
                                         Bryan J. Schwartz, CA State Bar No. 209903
8                                        One Embarcadero Center, Suite 720
                                         San Francisco, CA  94111
9                                        Telephone: 415-277-7235
                                         Facsimile: 415-277-7238
10
                                         NICHOLS KASTER & ANDERSON, PLLP
11                                       Matthew C. Helland, MN State Bar No. 346214
                                         (admitted *pro hac vice*)
12                                       Paul J. Lukas, MN State Bar No. 22084X
                                         (pro hac vice application forthcoming)
13                                       Donald H. Nichols, MN State Bar No. 78918
                                         (pro hac vice application forthcoming)
14                                       80 South 8th Street, Suite 4600
                                         Minneapolis, MN 55402
15                                       Telephone: 612-256-3200

16                                       OUTTEN & GOLDEN, LLP
                                         Adam T. Klein, NY Bar No. AK 3293
17                                       (admitted *pro hac vice*)
                                         Jack A. Raisner, NY Bar No. JR 6171
18                                       (admitted *pro hac vice*)
                                         3 Park Avenue, 29th Floor
19                                       New York, New York 10016
                                         Telephone:  212-245-1000

20                                       Attorneys for Individual and Representative Plaintiffs

21

22

23

24

25

26

27

28

-2-

NOTICE OF CONSENT FILING

1

2

**CERTIFICATE OF SERVICE**
Abram et al v. American Home Mortgage Investment Corp et al
**Case No. 07-3252 MJJ**

3

I hereby certify that on July 31, 2007, I caused the following document(s):

4

**NOTICE OF CONSENT FILING**

5

to be served via U.S. Mail postage pre-paid to the following:

6

Scott O'Bourne

7

Jackson & Lewis
121 SW Salmon Street, 11th Floor

8

Portland, OR 97204

9

ObourneS@jacksonlewis.com

10

Dated:  July 31, 2007                    **NICHOLS KASTER & ANDERSON, PLLP**

11

s/ Bryan J. Schwartz

12

Bryan J. Schwartz State Bar No. 209903

13

**NICHOLS KASTER & ANDERSON, LLP**
One Embarcadero Center

14

Suite 720
San Francisco, CA  94111

15

16

ATTORNEYS FOR PLAINTIFFS AND
THE PUTATIVE CLASS

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

SIGN HERE

Tara Beasley-Brown
Print Name

July 16, 2007
Date

REDACTED

**Fax, Mail or Email to:**   **Nichols Kaster & Anderson, PLLP**
**Attn. Michele Fisher**
**4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email fisher@nka.com**
**Web: www.overtimecases.com**

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP

represent me i

REDACTED

_____
Signature

Robert Colgan

Print Name

7/25/2007

Date

REDACTED

_____
Emergency Contact (Person not living with you)

Fax, Mail or Email to:        Nichols Kaster & Anderson, PLLP
                              Attn. Michele Fisher
                              4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
                              Fax: (612) 215-6870
                              Toll Free Telephone: (877) 448-0492
                              Email fisher@nka.com
                              Web: www.overtimecases.com

REDACTED

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in lawsuit against American Home Mortgage Corp, and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

_____Keith Simon_____
Print Name

_____07-30_____
Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn. Michele Fisher
                          4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email fisher@nka.com
                          Web: www.overtimecases.com

REDACTED

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_Desmond Vera_
**Signature**

_Desmond Vera_
**Print Name**

_July 25, 2007_
**Date**

REDACTED

**Fax, Mail or Email to:**          Nichols Kaster & Anderson, PLLP
                                    Attn. Paul Lukas
                                    4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
                                    Fax: (612) 215-6870
                                    Toll Free Telephone: (877) 448-0492
                                    Email lukas@nka.com
                                    Web: www.overtimecases.com