1  NICHOLS KASTER & ANDERSON, LLP
   Bryan J. Schwartz, CA State Bar No. 209903
2  One Embarcadero Center, Suite 720
   San Francisco, CA 94111
3  Telephone: 415-277-7235
   Facsimile: 415-277-7238
4
   NICHOLS KASTER & ANDERSON, PLLP
5  Matthew C. Helland, MN State Bar No. 346214
   (admitted *pro hac vice*)
6  Paul J. Lukas, MN State Bar No. 22084X
   (pro hac vice application forthcoming)
7  Donald H. Nichols, MN State Bar No. 78918
   (pro hac vice application forthcoming)
   80 South Eighth Street, Suite 4600
8  Minneapolis, MN 55402
   Telephone: 612-256-3200
9
   OUTTEN & GOLDEN, LLP
10 Adam T. Klein, NY Bar No. AK 3293
   (admitted *pro hac vice*)
11 Jack A. Raisner, NY Bar No. JR 6171
   (admitted *pro hac vice*)
12 3 Park Avenue, 29th Floor
   New York, New York 10016
13 Telephone: 212-245-1000

14 Attorneys for Individual and Representative Plaintiffs

15          IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
16

17 EDWARD ABRAM, JR., NAJLA
   WAHEED, RICHARD ZEMEL, and            Case No.: 07-3252 (JMM)
18 ROSALYN CEASAR, individually, on
   behalf of all others similarly situated, and
19 on behalf of the general public,

20                      Plaintiffs,        NOTICE OF CONSENT FILING

21       vs.

22 AMERICAN HOME MORTGAGE             Complaint Filed:
   INVESTMENT CORP., AMERICAN
23 HOME MORTGAGE CORP., and           June 20, 2007
   DEFENDANT DOES
24 1-50,

25                      Defendants.

26

27

28

1  PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2  attached Consent Form(s) for the following person(s):
3  Ray        Forrest
4  
   Dated: August 1, 2007                       s/ Bryan J. Schwartz
5                                              **NICHOLS KASTER & ANDERSON, LLP**

6                                              Bryan J. Schwartz, CA State Bar No. 209903
                                                One Embarcadero Center, Suite 720
7                                               San Francisco, CA 94111
                                                Telephone: 415-277-7235
                                                Facsimile: 415-277-7238
8
                                                NICHOLS KASTER & ANDERSON, PLLP
9                                               Matthew C. Helland, MN State Bar No. 346214
                                                (admitted *pro hac vice*)
10                                              Paul J. Lukas, MN State Bar No. 22084X
                                                (pro hac vice application forthcoming)
11                                              Donald H. Nichols, MN State Bar No. 78918
                                                (pro hac vice application forthcoming)
12                                              80 South 8th Street, Suite 4600
                                                Minneapolis, MN 55402
13                                              Telephone: 612-256-3200

14                                              OUTTEN & GOLDEN, LLP
                                                Adam T. Klein, NY Bar No. AK 3293
15                                              (admitted *pro hac vice*)
                                                Jack A. Raisner, NY Bar No. JR 6171
16                                              (admitted *pro hac vice*)
                                                3 Park Avenue, 29th Floor
17                                              New York, New York 10016
                                                Telephone: 212-245-1000

18                                              Attorneys for Individual and Representative Plaintiffs

19

20

21

22

23

24

25

26

27

28

-2-
NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Abram et al v. American Home Mortgage Investment Corp et al
**Case No. 07-3252 MJJ**

I hereby certify that on August 1, 2007, I caused the following document(s):

**NOTICE OF CONSENT FILING**

to be served via U.S. Mail postage pre-paid to the following:

Scott O'Bourne
Jackson & Lewis
121 SW Salmon Street, 11th Floor
Portland, OR 97204
ObourneS@jacksonlewis.com

Dated: August 1, 2007              **NICHOLS KASTER & ANDERSON, PLLP**

                                   s/ Bryan J. Schwartz

                                   Bryan J. Schwartz State Bar No. 209903
                                   **NICHOLS KASTER & ANDERSON, LLP**
                                   One Embarcadero Center
                                   Suite 720
                                   San Francisco, CA 94111

                                   ATTORNEYS FOR PLAINTIFFS AND
                                   THE PUTATIVE CLASS

REDACTED

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_[signature]_
Signature

FORREST RAY
Print Name

8/1/07
Date

REDACTED

Fax, Mail or Email to:

Nichols Kaster & Anderson, PLLP
Attn. Paul Lukas
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email lukas@nka.com
Web: www.overtimecases.com

TOTAL P.01