1  NICHOLS KASTER & ANDERSON, LLP
   Bryan J. Schwartz, CA State Bar No. 209903
2  One Embarcadero Center, Suite 720
   San Francisco, CA 94111
3  Telephone: 415-277-7235
   Facsimile: 415-277-7238
4
   NICHOLS KASTER & ANDERSON, PLLP
5  Matthew C. Helland, MN State Bar No. 346214
   (admitted *pro hac vice*)
6  Paul J. Lukas, MN State Bar No. 22084X
   (pro hac vice application forthcoming)
7  Donald H. Nichols, MN State Bar No. 78918
   (pro hac vice application forthcoming)
8  80 South Eighth Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: 612-256-3200

10 OUTTEN & GOLDEN, LLP
   Adam T. Klein, NY Bar No. AK 3293
11 (admitted *pro hac vice*)
   Jack A. Raisner, NY Bar No. JR 6171
12 (admitted *pro hac vice*)
   3 Park Avenue, 29th Floor
13 New York, New York 10016
   Telephone: 212-245-1000

14 Attorneys for Individual and Representative Plaintiffs

15              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16

17 EDWARD ABRAM, JR., NAJLA
   WAHEED, RICHARD ZEMEL, and          Case No.: 07-3252 (JMM)
18 ROSALYN CEASAR, individually, on
   behalf of all others similarly situated, and
19 on behalf of the general public,
                                        NOTICE OF CONSENT FILING
20              Plaintiffs,

21     vs.

22 AMERICAN HOME MORTGAGE          Complaint Filed:
   INVESTMENT CORP., AMERICAN
23 HOME MORTGAGE CORP., and        June 20, 2007
   DEFENDANT DOES
24 1-50,

25              Defendants.

26

27

28

1    PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2  attached Consent Form(s) for the following person(s):

3  Edelstein    Marc
4  Lawrence    Bryun

5  Dated: August 3, 2007                    s/ Bryan J. Schwartz
                                          **NICHOLS KASTER & ANDERSON, LLP**

       Bryan J. Schwartz, CA State Bar No. 209903
       One Embarcadero Center, Suite 720
       San Francisco, CA 94111
       Telephone: 415-277-7235
       Facsimile: 415-277-7238

       NICHOLS KASTER & ANDERSON, PLLP
       Matthew C. Helland, MN State Bar No. 346214
       (admitted *pro hac vice*)
       Paul J. Lukas, MN State Bar No. 22084X
       (pro hac vice application forthcoming)
       Donald H. Nichols, MN State Bar No. 78918
       (pro hac vice application forthcoming)
       80 South 8th Street, Suite 4600
       Minneapolis, MN 55402
       Telephone: 612-256-3200

       OUTTEN & GOLDEN, LLP
       Adam T. Klein, NY Bar No. AK 3293
       (admitted *pro hac vice*)
       Jack A. Raisner, NY Bar No. JR 6171
       (admitted *pro hac vice*)
       3 Park Avenue, 29th Floor
       New York, New York 10016
       Telephone: 212-245-1000

       Attorneys for Individual and Representative Plaintiffs

**CERTIFICATE OF SERVICE**
Abram et al v. American Home Mortgage Investment Corp et al
**Case No. 07-3252 MJJ**

I hereby certify that on August 3, 2007, I caused the following document(s):

**NOTICE OF CONSENT FILING**

to be served via U.S. Mail postage pre-paid to the following:

Scott O'Bourne
Jackson & Lewis
121 SW Salmon Street, 11th Floor
Portland, OR 97204
ObourneS@jacksonlewis.com

| Dated: August 3, 2007 | **NICHOLS KASTER & ANDERSON, PLLP** |
|---|---|
| | s/ Bryan J. Schwartz |

Bryan J. Schwartz State Bar No. 209903
**NICHOLS KASTER & ANDERSON, LLP**
One Embarcadero Center
Suite 720
San Francisco, CA  94111

ATTORNEYS FOR PLAINTIFFS AND
THE PUTATIVE CLASS

REDACTED

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

Marc Edelstein
Print Name

8-3-07
Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
Web: www.overtimecases.com

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

Bryan Lawrence
Print Name

REDACTED

Fax, Mail or Email to:

Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
Web: www.overtimecases.com