1  NICHOLS KASTER & ANDERSON, LLP
   Bryan J. Schwartz, CA State Bar No. 209903
2  One Embarcadero Center, Suite 720
   San Francisco, CA 94111
3  Telephone: 415-277-7235
   Facsimile: 415-277-7238
4
   NICHOLS KASTER & ANDERSON, PLLP
5  Matthew C. Helland, MN State Bar No. 346214
   (admitted *pro hac vice*)
6  Paul J. Lukas, MN State Bar No. 22084X
   (pro hac vice application forthcoming)
7  Donald H. Nichols, MN State Bar No. 78918
   (pro hac vice application forthcoming)
8  80 South Eighth Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: 612-256-3200

10 OUTTEN & GOLDEN, LLP
   Adam T. Klein, NY Bar No. AK 3293
11 (admitted *pro hac vice*)
   Jack A. Raisner, NY Bar No. JR 6171
12 (admitted *pro hac vice*)
   3 Park Avenue, 29th Floor
13 New York, New York 10016
   Telephone: 212-245-1000

14 Attorneys for Individual and Representative Plaintiffs

15             IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16

17 EDWARD ABRAM, JR., NAJLA
   WAHEED, RICHARD ZEMEL, and          Case No.: 07-3252 (JMM)
18 ROSALYN CEASAR, individually, on
   behalf of all others similarly situated, and
19 on behalf of the general public,

20                          Plaintiffs,     NOTICE OF CONSENT FILING

21       vs.

22 AMERICAN HOME MORTGAGE            Complaint Filed:
   INVESTMENT CORP., AMERICAN
23 HOME MORTGAGE CORP., and          June 20, 2007
   DEFENDANT DOES
24 1-50,

25                          Defendants.

26

27

28

1        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2   attached Consent Form(s) for the following person(s):

3
|            |               |
|------------|---------------|
| Cajar      | Gabriel       |
| Gomez      | Roland        |
| Davis      | Terry         |
| Doughty    | Betty         |
| Doyel      | Steve         |
| Kankula III| Steve         |
| Kirby      | Eleanor Denise|
| Long       | James         |
| Williams   | Shannon       |

Dated: August 6, 2007                 s/ Bryan J. Schwartz
                                   NICHOLS KASTER & ANDERSON, LLP

                                   Bryan J. Schwartz, CA State Bar No. 209903
                                   One Embarcadero Center, Suite 720
                                   San Francisco, CA  94111
                                   Telephone: 415-277-7235
                                   Facsimile: 415-277-7238

                                   NICHOLS KASTER & ANDERSON, PLLP
                                   Matthew C. Helland, MN State Bar No. 346214
                                   (admitted *pro hac vice*)
                                   Paul J. Lukas, MN State Bar No. 22084X
                                   (pro hac vice application forthcoming)
                                   Donald H. Nichols, MN State Bar No. 78918
                                   (pro hac vice application forthcoming)
                                   80 South 8th Street, Suite 4600
                                   Minneapolis, MN 55402
                                   Telephone: 612-256-3200

                                   OUTTEN & GOLDEN, LLP
                                   Adam T. Klein, NY Bar No. AK 3293
                                   (admitted *pro hac vice*)
                                   Jack A. Raisner, NY Bar No. JR 6171
                                   (admitted *pro hac vice*)
                                   3 Park Avenue, 29th Floor
                                   New York, New York 10016
                                   Telephone:  212-245-1000

                                   Attorneys for Individual and Representative Plaintiffs

-2-

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Abram et al v. American Home Mortgage Investment Corp et al
**Case No. 07-3252 MJJ**

I hereby certify that on August 6, 2007, I caused the following document(s):

**NOTICE OF CONSENT FILING**

to be served via U.S. Mail postage pre-paid to the following:

Scott O'Bourne
Jackson & Lewis
121 SW Salmon Street, 11th Floor
Portland, OR 97204
ObourneS@jacksonlewis.com

| Dated: August 6, 2007 | **NICHOLS KASTER & ANDERSON, PLLP** |
|---|---|

s/ Bryan J. Schwartz

Bryan J. Schwartz State Bar No. 209903
**NICHOLS KASTER & ANDERSON, LLP**
One Embarcadero Center
Suite 720
San Francisco, CA  94111

ATTORNEYS FOR PLAINTIFFS AND
THE PUTATIVE CLASS

NOTICE OF CONSENT FILING

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

SIGN HERE

_____
Signature

GABRIEL   E. CAJAR
_____
Print Name

7/30/07
_____
Date

REDACTED

Fax, Mail or Email to:       **Nichols Kaster & Anderson, PLLP**
                             **Attn. Michele Fisher**
                             **4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402**
                             **Fax: (612) 215-6870**
                             **Toll Free Telephone: (877) 448-0492**
                             **Email fisher@nka.com**
                             **Web: www.overtimecases.com**

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

Roland J. Comer
_____
Print Name

8-3-07
_____
Date

REDACTED

Fax, Mail or Email to:

Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
Web: www.overtimecases.com

REDACTED

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and
[2]    its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant

[*]   its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant
to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to
represent me in the suit.

_____
Signature

*Terry Davis*
Print Name

*8-6-07*
Date

REDACTED

Fax, Mail or Email to:        **Nichols Kaster & Anderson, PLLP**
**Attn. Paul Lukas**
**4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email lukas@nka.com**
**Web:  www.overtimecases.com**

REDACTED

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

Betty A. Doughty
Print Name

08/03/2007
Date

REDACTED

(Attn: Mike Stinson)
80 South 8th Street, Suite 4600, Minneapolis, MN 55402
Fax: (612)215-6870
Toll Free Telephone: (877) 448-0492
Email stinson@nka.com
Web: www.overtimecases.com

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

_STEVE DOYEL_____
Print Name

_7-29-07_____
Date

REDACTED

Fax, Mail or Email to:    **Nichols Kaster & Anderson, PLLP**
**Attn. Michele Fisher**
**4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email fisher@nka.com**
**Web: www.overtimecases.com**

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

_____
Print Name

_____
Date

REDACTED

Fax, Mail or Email to:    **Nichols Kaster & Anderson, PLLP**
**Attn. Paul Lukas**
**4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email lukas@nka.com**
**Web: www.overtimecases.com**

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and
its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant
to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to
represent me in the suit.

_____
Signature

_____
Print Name

_____
Date

REDACTED

Fax, Mail or Email to:     **Nichols Kaster & Anderson, PLLP**
**Attn. Paul Lukas**
**4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email lukas@nka.com**
**Web: www.overtimecases.com**

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

SIGN HERE

_____
Print Name      James R Long

_____
Date      August 2, 2007

REDACTED

Fax , Mail, Email to:      **Nichols Kaster Anderson, PLLP**
**(Attn:  Mike Stinson)**
**80 South 8th Street, Suite 4600, Minneapolis, MN  55402**
**Fax: (612)215-6870**
**Toll Free Telephone:  (877) 448-0492**
**Email stinson@nka.com**
**Web: www.overtimecases.com**

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

Shannon L. Williams
Print Name

7·30·07
Date

REDACTED

Fax, Mail or Email to:    **Nichols Kaster & Anderson, PLLP**
**Attn. Paul Lukas**
**4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email lukas@nka.com**
**Web: www.overtimecases.com**