JACKSON LEWIS LLP
Scott O. Oborne, CA State Bar No. 191257
121 SW Salmon Street, 11th Floor
Portland OR 97204
Telephone: 503-229-0404
Facsimile: 503-229-0405

Attorneys for Defendants
AMERICAN HOME MORTGAGE INVESTMENT CORP. and
AMERICAN HOME MORTGAGE CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL, and ROSALYN CEASAR, individually and on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE INVESTMENT CORP., AMERICAN HOME MORTGAGE CORP., and DEFENDANT DOES 1-50,<br><br>Defendants. | Case No. C07-03252<br><br>**CLASS ACTION**<br><br>**NOTICE OF BANKRUPTCY**<br><br>**Complaint Filed:  June 20, 2007** |

AMERICAN HOME MORTGAGE INVESTMENT CORP. and AMERICAN HOME MORTGAGE CORP., Defendants herein, hereby give notice to this Court and all parties in this cause that on August 6, 2007, AMERICAN HOME MORTGAGE INVESTMENT CORP. and AMERICAN HOME MORTGAGE CORP. filed voluntary petitions under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, Case No. 07-11047.  Copies of the voluntary petitions are attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u>.

Pursuant to section 362 of the Bankruptcy Code, the filing for a petition for relief under the Bankruptcy Code automatically operates as a stay, preventing the commencement or

1 continuance of any actions or proceedings against the Defendants.  11 U.S.C. § 362.
2 Accordingly, Defendants hereby request a stay of all proceedings in this lawsuit pending
3 appointment of, and further instructions from, a bankruptcy trustee.
4
5 DATED:  August 8, 2007                                        JACKSON LEWIS LLP
6
7                                                                                   By:  _____s/ Scott O. Oborne __
                                                                                             Scott O. Oborne
8                                                                                            Attorneys for Defendants

2
NOTICE OF BANKRUPTCY – C07-03252