NICHOLS KASTER & ANDERSON, LLP
Bryan J. Schwartz, CA State Bar No. 209903
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

NICHOLS KASTER & ANDERSON, PLLP
Matthew C. Helland, MN State Bar No. 346214
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(pro hac vice application forthcoming)
Donald H. Nichols, MN State Bar No. 78918
(pro hac vice application forthcoming)
80 South Eighth Street, Suite 4600
Minneapolis, MN 55402
Telephone: 612-256-3200

OUTTEN & GOLDEN, LLP
Adam T. Klein, NY Bar No. AK 3293
(admitted *pro hac vice*)
Jack A. Raisner, NY Bar No. JR 6171
(admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL, and ROSALYN CEASAR, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE INVESTMENT CORP., AMERICAN HOME MORTGAGE CORP., and DEFENDANT DOES 1-50,<br><br>Defendants. | Case No.: 07-3252 (JMM)<br><br>NOTICE OF CONSENT FILING<br><br>**Complaint Filed:**<br><br>**June 20, 2007** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the |
| 2 | attached Consent Form(s) for the following person(s): |
| 3 | Murphy     Patricia |

| | |
|---|---|
| 4 | Dated: August 17, 2007 |
| 5 | |

s/ Bryan J. Schwartz
**NICHOLS KASTER & ANDERSON, LLP**

Bryan J. Schwartz, CA State Bar No. 209903
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

NICHOLS KASTER & ANDERSON, PLLP
Matthew C. Helland, CA State Bar No. 250451
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
Donald H. Nichols, MN State Bar No. 78918
(admitted *pro hac vice*)
80 South 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: 612-256-3200

OUTTEN & GOLDEN, LLP
Adam T. Klein, NY Bar No. AK 3293
(admitted *pro hac vice*)
Jack A. Raisner, NY Bar No. JR 6171
(admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

Attorneys for Individual and Representative Plaintiffs

**CERTIFICATE OF SERVICE**
Abram et al v. American Home Mortgage Investment Corp et al
**Case No. 07-3252 MJJ**

I hereby certify that on August 17, 2007, I caused the following document(s):

**NOTICE OF CONSENT FILING**

to be served via U.S. Mail postage pre-paid to the following:

Scott O'Bourne
Jackson & Lewis
121 SW Salmon Street, 11th Floor
Portland, OR 97204
ObourneS@jacksonlewis.com

| Dated: August 17, 2007 | **NICHOLS KASTER & ANDERSON, PLLP** |
|---|---|
| | s/ Bryan J. Schwartz |
| | Bryan J. Schwartz State Bar No. 209903 |
| | **NICHOLS KASTER & ANDERSON, LLP** |
| | One Embarcadero Center |
| | Suite 720 |
| | San Francisco, CA 94111 |
| | ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS |

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

PATRICIA (PATTI) MURPHY
Print Name

8/13/07
Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Paul Lukas
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email lukas@nka.com
Web: www.overtimecases.com