NICHOLS KASTER & ANDERSON, LLP
Bryan J. Schwartz, CA State Bar No. 209903
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

NICHOLS KASTER & ANDERSON, PLLP
Matthew C. Helland, MN State Bar No. 346214
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(pro hac vice application forthcoming)
Donald H. Nichols, MN State Bar No. 78918
(pro hac vice application forthcoming)
80 South Eighth Street, Suite 4600
Minneapolis, MN 55402
Telephone: 612-256-3200

OUTTEN & GOLDEN, LLP
Adam T. Klein, NY Bar No. AK 3293
(admitted *pro hac vice*)
Jack A. Raisner, NY Bar No. JR 6171
(admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

Attorneys for Individual and Representative Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL, and ROSALYN CEASAR, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE INVESTMENT CORP., AMERICAN HOME MORTGAGE CORP., and DEFENDANT DOES 1-50,<br><br>Defendants. | Case No.: 07-3252 (JMM)<br><br>**NOTICE OF CONSENT FILING**<br><br>**Complaint Filed:**<br><br>June 20, 2007 |

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Ballard | Terry |
| Shelley | Jeffrey |
| Stampp | Howard |
| Warren | James |

Dated: August 20, 2007

                s/ Bryan J. Schwartz
**NICHOLS KASTER & ANDERSON, LLP**

Bryan J. Schwartz, CA State Bar No. 209903
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

NICHOLS KASTER & ANDERSON, PLLP
Matthew C. Helland, CA State Bar No. 250451
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
Donald H. Nichols, MN State Bar No. 78918
(admitted *pro hac vice*)
80 South 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: 612-256-3200

OUTTEN & GOLDEN, LLP
Adam T. Klein, NY Bar No. AK 3293
(admitted *pro hac vice*)
Jack A. Raisner, NY Bar No. JR 6171
(admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

Attorneys for Individual and Representative Plaintiffs

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Abram et al v. American Home Mortgage Investment Corp et al
**Case No. 07-3252 MJJ**

I hereby certify that on August 20, 2007, I caused the following document(s):

**NOTICE OF CONSENT FILING**

to be served via U.S. Mail postage pre-paid to the following:

Scott O'Bourne
Jackson & Lewis
121 SW Salmon Street, 11th Floor
Portland, OR 97204
ObourneS@jacksonlewis.com

| Dated: August 20, 2007 | **NICHOLS KASTER & ANDERSON, PLLP** |
|---|---|
| | s/ Bryan J. Schwartz |
| | Bryan J. Schwartz State Bar No. 209903 |
| | **NICHOLS KASTER & ANDERSON, LLP** |
| | One Embarcadero Center |
| | Suite 720 |
| | San Francisco, CA 94111 |
| | ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS |

REDACTED

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

TERRI BALLARD
Print Name

8/18/07      AUG 2 0 2007

REDACTED

E-Mail Address

_____
Emergency Contact (Person not living with you)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Paul Lukas
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email lukas@nka.com
Web: www.overtimecases.com



REDACTED

## CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

JEFFREY L Shelley
Print Name

5/18/07
Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
Web: www.overtimecases.com

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

Howard STAMP
Print Name

08/15/07
Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Paul Lukas
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email lukas@nka.com
Web: www.overtimecases.com

CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in the lawsuit against American Home Mortgage Corp. and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP and Nichols Kaster & Anderson PLLP to represent me in the suit.

_____
Signature

James W Warner
Print Name

8/13/2007
Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Paul Lukas
4600 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email lukas@nka.com
Web: www.overtimecases.com