1  JACKSON LEWIS LLP
   Scott O. Oborne, CA State Bar No. 191257
2  806 SW Broadway Street, Ste. 400
   Portland OR 97205
3  Telephone:  503-229-0404
   Facsimile:  503-229-0405
4

   Attorneys for Defendants
5  AMERICAN HOME MORTGAGE INVESTMENT CORP. and
   AMERICAN HOME MORTGAGE CORP.
6

7

8                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9

10
   EDWARD ABRAM, JR., NAJLA                    **Case No. C07-03252**
11 WAHEED, RICHARD ZEMEL, and
   ROSALYN CEASAR, individually and on         **CLASS ACTION**
12 behalf of all others similarly situated, and on
   behalf of the general public,
13                                              **NOTICE OF CHANGE OF ADDRESS**
                        Plaintiffs,
14
          vs.
15
   AMERICAN HOME MORTGAGE
16 INVESTMENT CORP., AMERICAN HOME
   MORTGAGE CORP., and DEFENDANT
17 DOES 1-50,

18                      Defendants.

19

20

21

22

23

24

25

26

27

28

1  TO THE CLERK OF THE COURT, PLAINTIFF AND THEIR COUNSEL OF RECORD:

2  Please take notice that effective September 1, 2007, the address of counsel of record for

3  defendants AMERICAN HOME MORTGAGE INVESTMENT CORP. and AMERICAN

4  HOME MORTGAGE CORP. will be:

6  JACKSON LEWIS, LLP
   806 SW Broadway Street, Ste. 400
7  Portland OR 97205

8  Telephone, fax and e-mail addresses of counsel for defendants will remain unchanged.

10 Date:  August 27, 2007                                            JACKSON LEWIS LLP

12                                                          By: _____s/ Scott O. Oborne___
                                                                Scott O. Oborne
13                                                              Attorneys for Defendants