IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ABRAM, JR, ET AL, | No   C 07-3252 VRW |
|     Plaintiffs, | ORDER |
|     v | |
| AMERICAN HOME MORTGAGE INVESTMENT CORP ET AL, | |
|     Defendants. | |

This stayed action was reassigned to the undersigned judge on February 15, 2008 and there has been no subsequent activity in the case.  Upon inquiry by the deputy clerk, the defendant reported that proceedings are still pending in the bankruptcy court.  This matter is therefore ordered closed administratively.  The clerk shall re-open the case upon the written request of either party following the conclusion of bankruptcy proceedings.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge